UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOBBY JOE GATLIN,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>SUPERINTENDENT HOLBROOK,<br><br>　　　　　　Respondent. | NO:  CV-11-3124-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING PETITION BE FILED AS MOTION TO AMEND IN CV-10-3046-CI |

Magistrate Judge Hutton filed a Report and Recommendation on January 9, 2012, recommending Mr. Gatlin's habeas corpus petition be construed as a Motion to Amend the Petition in cause number CV-10-3046-CI, and filed as such. *See Woods v. Carey,* 525 F.3d 886, 890 (9th Cir. 2008).  There being no objections, the court **ADOPTS** the Report and Recommendation.

**IT IS ORDERED** the District Court Executive shall **FILE** the Petition, *nunc pro tunc*¸ as a Motion to Amend Petition in CV-10-3046-CI.  The District Court Executive shall **FILE** this Order in both cause numbers CV-11-3124-JPH

ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING PETITION BE FILED AS MOTION TO AMEND IN CV-10-3046-CI -- 1

and CV-10-3046-CI, forward copies to Petitioner and to counsel for Respondent in cause number CV-10-3046-CI, and administratively close cause number CV-11-3124-JPH.  Petitioner is responsible for noting his Motion for hearing in cause number CV-10-3046-CI as required by LR 7.1(h), Local Rules for the Eastern District of Washington.

**DATED** this 27th of January 2012.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND DIRECTING PETITION BE FILED AS MOTION TO AMEND IN CV-10-3046-CI -- 2