UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOBBY JOE GATLIN,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>STEPHEN SINCLAIR,<br><br>　　　　　　Respondent. | No. CV-10-3046-CI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Magistrate Judge Imbrogno filed a Report and Recommendation on August 1, 2013, recommending Respondent Stephen Sinclair's Motion to Dismiss be granted, Petitioner Bobby Gatlin's Petition for Writ of Habeas Corpus be denied, and all claims be dismissed with prejudice. ECF No. 36. Objections were due on or before August 15, 2013. There being no objections filed, the Court adopts the Report and Recommendation in its entirety and dismisses this action with prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** Magistrate Judge Imbrogno's Report and Recommendation, **ECF No. 36**.
2. Respondent's Motion to Dismiss, **ECF No. 35**, is **GRANTED**.
3. Petitioner's Petition for Writ of Habeas Corpus, **ECF No. 1**, is **DISMISSED WITH PREJUDICE**.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

4. All hearings and other deadlines are **STRICKEN**.

5. This file shall be **CLOSED and JUDGMENT** shall be **ENTERED** for the Respondent.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to Petitioner and to counsel for Respondent.

**DATED** this   27th   day of August 2013.

                     s/ Edward F. Shea
                       EDWARD F. SHEA
           Senior United States District Judge