UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

BOBBY JOE GATLIN,

    Petitioner,

    v.

STEVE SINCLAIR,

    Respondent.

NO. CV-10-3046-CI

**JUDGMENT**

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

1. The Court **ADOPTS** the Report and Recommendation.

2. Respondent's Motion to Dismiss is **GRANTED**.

3. Petitioner's Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE.**

4. Judgment is entered for Respondent.

SEAN McAVOY
District Court Executive/Clerk

s/ L. Stejskal, Deputy Clerk